1  THOMAS P. O'BRIEN
   United States Attorney                          JS-6
2  CHRISTINE C. EWELL
   Chief, Criminal Division
3  STEVEN R. WELK
   Assistant United States Attorney
4  Chief, Asset Forfeiture Section
   LISABETH SHINER
5  Special Assistant United States Attorney
   California Bar No. 151792
6       U.S. Courthouse, 14th Floor
        312 North Spring Street
7       Los Angeles, CA 90012
        Telephone: (213)894-6528
8       Facsimile: (213)894-7177
        E-Mail:  Lisabeth.Shiner@usdoj.gov
9
   Attorneys for Plaintiff
10 United States of America

11                 UNITED STATES DISTRICT COURT

12            FOR THE CENTRAL DISTRICT OF CALIFORNIA

13                      WESTERN DIVISION

14 UNITED STATES OF AMERICA,   )   NO.  CV 08-01640 CAS (JCx)
                               )
15          Plaintiff,         )   **[Proposed]**
                               )   **CONSENT JUDGMENT OF FORFEITURE**
16          v.                 )
                               )
17 $38,994.00 in U.S. Currency,)
                               )
18          Defendant.         )
   ─────────────────────────── )
19                             )
   ADRIAN HOLMES,              )
20                             )
            Claimant.          )
21 ─────────────────────────── )

22      This action was filed on March 10, 2008.  Notice was given

23 and published in accordance with law.  Adrian Holmes ("claimant")

24 filed a claim on August 1, 2008.  No other claims have been

25 filed, and the time for all other potential claimants to file

26 claims and answers has expired.  Plaintiff and claimant have

27 reached an agreement that is dispositive of the action.  The

28

parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1.    This court has jurisdiction over the parties and the subject matter of this action.

2.    Notice of this action has been given in accordance with law.

3.    The United States of America shall have judgment as to $35,094.00 of the defendant currency, plus all interest earned by the government on said assets, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law

4.    $3,900.00 of the defendant currency, without any interest earned by the government on that amount, shall be returned to claimant in care of his attorney, Joseph P. Morse. Said property shall be forwarded by a check made payable in the amount of $3,900.00 to "Joseph P. Morse Client Trust Account," and shall be mailed to the Joseph P. Morse, Attorney at Law, 1540 Leader Building, Cleveland, OH 44144.

5.    Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6.    The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.   This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: August 11, 2008

_____
THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

DATED: August 6, 2008        THOMAS P. O'BRIEN
                             United States Attorney
                             CHRISTINE C. EWELL
                             Assistant United States Attorney
                             Chief, Criminal Division
                             STEVEN R. WELK
                             Assistant United States Attorney
                             Chief, Asset Forfeiture Section


                             _____/S/_____
                             LISABETH SHINER
                             Special Assistant United States Attorney

                             Attorneys for Plaintiff
                             United States of America


DATED: August 5, 2008



                             _____/S/_____
                             JOSEPH P. MORSE

                             Attorney for Claimant
                             Adrian Holmes

3